## W. A. HANNA v. THE STATE.

No. 20706. Delivered January 3, 1940.

The opinion states the case.

*J. V. Patterson,* of Decatur, and *Fred Minor,* of Denton, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted for the offense of converting funds belonging to Wise County, alleged to be in his possession, and was given a penalty of three years in the penitentiary.

For the reasons stated in cause No. 20,705, (page 183 of this volume) this case is reversed and remanded.

## W. A. HANNA v. THE STATE.

No. 20707. Delivered January 3, 1940.

The opinion states the case.

*J. V. Patterson,* of Decatur, and *Fred Minor,* of Denton, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.
The appellant was convicted for the offense of converting funds belonging to Wise County alleged to be in his possession, and was given a penalty of two years in the penitentiary.

For the reasons stated in cause No. 20,705 (page 183 of this volume) this case is reversed and remanded.

W. A. HANNA V. THE STATE.

No. 20708. Delivered January 3, 1940.

The opinion states the case.

*J. V. Patterson,* of Decatur, and *Fred Minor,* of Denton, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.
The appellant was convicted for the offense of converting funds belonging to Wise County alleged to be in his possession, and was given a penalty of two years in the penitentiary.

For the reasons stated in cause No. 20,705 (page 183 of this volume) this case is reversed and remanded.